FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-22-00131-CV

**IN THE INTEREST OF M.A.D.V. AND T.J.T.,** Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00560
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was originally due on May 26, 2022, and appellee filed a motion requesting a ten-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by June 6, 2022**. **Appellee is advised that further extensions of time will be disfavored**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court